UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER KATO, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-08177-DSF-SHK |
| Plaintiffs, | Honorable Dale S. Fischer |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL AND JOINT MOTION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| SPEEDY CASH; and DOES 1-10, inclusive, | |
| Defendants. | |

Having considered the Stipulation of Dismissal and Joint Motion to Dismiss Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Joint Motion to Dismiss"), and finding good cause, the Court hereby GRANTS the Joint Motion to Dismiss and ORDERS as follows:

1. The above-captioned action is dismissed in its entirety, with prejudice as to Plaintiffs' individual claims and without prejudice as to the claims of the putative class members; and

2. The parties shall bear their/its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  December 2, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE